UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-24143-RAR

**JAMES WATSON**,

    Plaintiff,

v.

**PRIMANTI BROS OF FT. LAUDERDALE, INC.**,
*d/b/a Primanti Bros*,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice [ECF No. 10] ("Notice"), filed on February 6, 2023. The Court having reviewed the Notice, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice*, with each party to bear its own costs and attorneys' fees. The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 6th day of February, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**